WATERWORKS EQUIPMENT COMPANY, respondent,

*v.*

PATRICK M. McGOVERN et al., appellants.

[Argued May term, 1925.  Decided October 19th, 1925.]  ·

On appeal from a decree of the court of chancery.

*Mr. Aaron A. Melniker,* for the respondent.

*Mr. John Milton,* for the appellants.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *96 N. J. Eq. 520.*

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, JJ.  14.